# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **COREY MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | No.   2:09-cv-297-GZS |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed December 31, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the commissioner's decision is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

.

                                                             /s/ George Z. Singal  
                                                           United States District Judge

Dated this 28th day of January, 2013.