# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **COREY MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   2:09-cv-297-GZS |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 30) filed June 30, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Application for Attorney Fees under the EAJA (ECF No. 26) is hereby **GRANTED**.

        /s/ George Z. Singal\
        United States District Judge

Dated this 18th day of July, 2013.